O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LEONID BEYLIN,                                )     CASE NO. CV 09-01839 (RZ)
                                              )
                        Plaintiff,            )
                                              )     JUDGMENT
            vs.                               )
                                              )
MICHAEL J. ASTRUE, Commissioner of            )
Social Security Administration,               )
                                              )
                        Defendant.            )
_____ )

            In accordance with the Memorandum Opinion and Order filed concurrently

herewith,

            IT IS ORDERED AND ADJUDGED that the Commissioner's decision is

AFFIRMED.


            DATED: February 26, 2010


                                    _____
                                              RALPH ZAREFSKY
                                    UNITED STATES MAGISTRATE JUDGE